VITO MECCIA, Respondent, v. EDITH M. GRAY, Also Known as EDITH M. O'NEIL, Individually and as Executrix, etc., of NELLIE GRAY, Deceased, Appellant. — Appeal from an order setting aside an *ex parte* order directing the plaintiff to give security for costs. The order appealed from is affirmed on the ground that the application for the order for costs was prematurely made; no action was pending between the parties at the time the motion for security of costs was made. Order affirmed, with ten dollars costs and disbursements. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Bliss, J., taking no part.

VITO MECCIA, Respondent, v. EDITH M. GRAY, Also Known as EDITH M. O'NEIL, Individually and as Executrix, etc., of NELLIE GRAY, Deceased, Appellant.— Appeal from an order permitting the defendant to open a default in a mortgage foreclosure upon terms. It is claimed by the appellant that the terms are excessive. Upon an examination of the whole record the justice at Special Term seems to have acted within his discretion and properly. Order affirmed, with ten

dollars costs and disbursements. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Bliss, J., dissents upon the ground that the terms imposed are excessive.